J. Walter Sinclair, ISB No. 2243
jwsinclair@stoel.com
Jennifer M. Reinhardt, ISB No. 7432
jmreinhardt@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Sara Beiro Farabow *(pro hac vice pending)*
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Attorneys for Defendant Contrack International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>WASHINGTON GROUP INTERNATIONAL, INC. f/k/a MORRISON KNUDSEN CORPORATION; CONTRACK INTERNATIONAL, INC.; and MISR SONS DEVELOPMENT S.A.E. a/k/a HASSAN ALLAM SONS,<br><br>   Defendants. | Case No. CIV 04-555-S-EJL<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN P. CONNELLY** |

  COMES NOW Kevin P. Connelly, one of the attorneys of record for Contrack International, Inc., and notifies the Court of his withdrawal as one of the attorneys of record in the above-entitled case.

**NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN P. CONNELLY –1**
13015187v.1 / 25248-000013

Dated this 3rd day of January, 2013.

                Respectfully submitted,

                J. Walter Sinclair

                Attorneys for Defendant Contrack International, Inc.

**NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN P. CONNELLY –2**
13015187v.1 / 25248-000013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Notice of Withdrawal of Attorney Kevin P. Connelly** was electronically served on January 3rd, 2013 on the following person(s):

>   Amy S. Howe
>   Carolyn G. Mark
>   Dodge Wells
>   Michael Hertz
>   Michael Justin Friedman
>   Craig L. Meadows
>   George T. Manning
>   Kevyn E. Orr
>   Peter F. Garvin
>   Eugene A. Ritti
>   Jacob S. Pultman
>   Stanley J. Tharp

J. Walter Sinclair

NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN P. CONNELLY –3
13015187v.1 / 25248-000013