Craig L. Meadows ISB No. 1081
HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 954-5238
Email: cmeadows@hawleytroxell.com

George T. Manning
JONES DAY
1420 Peachtree Street
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: gtmanning@jonesday.com

Peter F. Garvin III
Kevyn D. Orr
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: pgarvin@jonesday.com
         korr@jonesday.com

Attorneys for Defendant Washington Group International, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CIV-04 555S-EJL |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | ATTORNEY EUGENE A. RITTI |
| WASHINGTON GROUP INTERNATIONAL, INC. f/k/a MORRISON KNUDSEN CORPORATION; CONTRACK INTERNATIONAL, INC.; and MISR SONS DEVELOPMENT S.A.E. a/k/a HASSAN ALLAM SONS, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF WITHDRAWAL OF ATTORNEY EUGENE A. RITTI - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Amy S. Howe
Carolyn G. Mark
Michael Justin Friedman
amy.howe@usdoj.gov
carolyn.mark@usdoj.gov
michael.friedman@usdoj.gov

J. Walter Sinclair
Jennifer Marie Reinhardt
jwsinclair@stoel.com
jmreinhardt@stoel.com

Stanley J. Tharp
stharp@eberle.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| | |
|---|---|
| Michael F. Hertz | __x__ U.S. Mail, Postage Prepaid |
| Dodge Wells | _____ Hand Delivered |
| Department of Justice | _____ Overnight Mail |
| Commercial Litigation Branch | _____ Telecopy |
| P.O. Box 261 | |
| Benjamin Franklin Station | |
| Washington, DC  20044 | |
| [Attorneys for United States of America] | |

/s/_____
Craig L. Meadows

**NOTICE** OF WITHDRAWAL OF ATTORNEY EUGENE A. RITTI - 3

02977.0236.5537676.1